# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN CORNELIUS SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-15-853-M |
| ) | |
| GARFIELD COUNTY DISTRICT ) | |
| ATTORNEY'S OFFICE, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On November 24, 2015, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983, alleging violations of plaintiff's constitutional rights. The Magistrate Judge recommended that this action be dismissed with prejudice for failure to state a claim upon which relief can be granted. Further, the Magistrate Judge recommended that plaintiff's Motion to Amend and Add Defendants to Case be denied as moot and plaintiff's Motion for Companion Case be denied pursuant to Federal Rules of Civil Procedure 18 and 20. Plaintiff was advised of his right to file an objection to the Report and Recommendation by December 11, 2015. A review of the file reveals no objection to the Report and Recommendation has been filed.

Accordingly, upon <u>de novo</u> review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 14] issued by the Magistrate Judge on November 24, 2015;

(2) DISMISSES plaintiff's Complaint [docket no. 1] with prejudice for failure to state a claim upon which relief can be granted;

(3)    FINDS plaintiff's Motion to Amend and Add Defendants to Case [docket no. 8] is MOOT; and

(4)    DENIES plaintiff's Motion for Companion Case [docket no. 9].

**IT IS SO ORDERED this 28th day of December, 2015.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE